NUMBER 13-07-129-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________ _______

 

IN RE JOHN PAUL HESS


AND HUGO XAVIER DE LOS SANTOS


 ______________________________________________________ ___


On Petition for Writ of Mandamus

_________________________________________________ ________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Rodriguez


Per Curiam Memorandum Opinion (1)



 Relators, John Paul Hess and Hugo Xavier De Los Santos, filed a petition for
writ of mandamus and motion for emergency stay in the above cause on February 28,
2007. The Court, having examined and fully considered the petition for writ of
mandamus and motion for emergency stay is of the opinion that relators have not
shown themselves entitled to the relief sought. Accordingly, the petition for writ of
mandamus and motion for emergency stay are DENIED. See Tex. R. App. P. 52.8(a). 



 PER CURIAM


Memorandum Opinion delivered and 

filed this 1st day of March, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).